DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW AZEBEOKHAI** and **COMMUNITY REVITALIZATION AFFILIATES, INC.,**
Appellants,

v.

**COMMUNITY REDEVELOPMENT ASSOCIATES
OF FLORIDA, INC.,**
Appellee.

No. 4D2024-2625

[December 11, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark A. Speiser, Judge; L.T. Case No. CACE21-020267.

Andrew S. Kwan of Pankauski Lazarus PLLC, West Palm Beach, for appellants.

Larry A. Karns of Shrouder, Karns & Mager, P.A., Cooper City, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***